IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr303

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| LINDA K. RATCLIFF (2) ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon letters of the defendant pro se for suspension of her restitution payments through the Inmate Financial Responsibility Program ("IFRP"). (Doc. No. 53, 54).

Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by her involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in her trust account, and determines the required monthly payment for participation in the program. In her letters, the defendant requests that she be allowed to receive the benefits of the program, but be spared her monthly payment because her elderly mother can not afford to pay $50 a month. However, the program does not require outside sources to contribute to the IFRP. 28 C.F.R. § 545.11(b). No evidence has been presented that the Bureau of Prisons has failed to schedule restitution payments fairly and reasonably.

**IT IS, THEREFORE, ORDERED**, that the defendant's requests to suspend restitution payments through the IFRP (Doc. No. 53, 54) are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: December 22, 2006

Robert J. Conrad, Jr.
Chief United States District Judge